1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GARY BOWMAN,                         No. 2:08-cv-00812-MCE-KJM P

12              Plaintiff,

13        vs.                              ORDER

14    JAMES TILTON, et al.,

15              Defendants.

16    _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On May 12, 2008, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within twenty days.  On May 15, 2008, the

23    findings and recommendations were reserved on plaintiff.  Neither party has filed objections to

24    the findings and recommendations.

25        The court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed May 12, 2008, are adopted in full; and

3    2.  This action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

4    Dated:  June 26, 2008

5    _____

6    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2